UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESTER B. JORDAN,

    Plaintiff,                                       Case No. 06-12550

v.                                                      Hon. John Corbett O'Meara

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE MORGAN'S REPORT AND RECOMMENDATION AND REMANDING CASE

This matter has come before the Court on the Magistrate Judge's February 08, 2007, Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Defendant's Objections, the Court finds that the Magistrate Judge reached the correct conclusion in the Report and Recommendation. Accordingly, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment is GRANTED IN PART, Defendant's motion for summary judgment is DENIED, and the matter REMANDED for further proceedings.

SO ORDERED.

                                                            s/John Corbett O'Meara
                                                           United States District Judge

Dated: March 15, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 15, 2007, by electronic or ordinary mail.

s/William Barkholz
Case Manager